# EXHIBIT I



US0D1007772S

(12) **United States Design Patent** (10) Patent No.: **US D1,007,772 S**
Ren (45) Date of Patent: ** Dec. 12, 2023

(54) **PET BED**

(71) Applicant: **Pengfei Ren**, Yiwu (CN)

(72) Inventor: **Pengfei Ren**, Yiwu (CN)

(**) Term: 15 Years

(21) Appl. No.: **29/893,421**

(22) Filed: **May 30, 2023**

(51) **LOC (14) Cl.** ............................................... 30-06
(52) **U.S. Cl.**
 USPC ......................................................... **D30/118**
(58) **Field of Classification Search**
 USPC ....... D30/108, 112, 117, 118, 119, 160, 199;
  D6/349, 351, 353, 601, 605; D21/520,
  D21/803
 CPC .......... A01K 1/02; A01K 1/033; A01K 1/035;
  A01K 1/0353
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D187,313 S | * | 2/1960 | Denyer | D21/803 |
| 4,437,704 A | * | 3/1984 | Hovsepians | A47C 4/02 |
| | | | | 297/440.17 |
| D351,687 S | * | 10/1994 | McMahon | D30/118 |
| D414,003 S | * | 9/1999 | Hering | D30/118 |
| 5,979,981 A | * | 11/1999 | Dunne | A47D 15/006 |
| | | | | 5/655 |
| 6,321,403 B1 | * | 11/2001 | Matthews | A47D 15/008 |
| | | | | 5/655 |
| 6,966,089 B2 | * | 11/2005 | Gold | A47C 7/386 |
| | | | | 5/655 |
| D542,478 S | * | 5/2007 | Andriola | D30/118 |
| D588,390 S | * | 3/2009 | Brill-Cass | A47D 15/008 |
| | | | | D6/601 |
| D703,877 S | | 4/2014 | Popkin et al. | |
| D818,652 S | | 5/2018 | Song | |
| D838,122 S | * | 1/2019 | Faniku | D6/596 |
| D894,497 S | * | 8/2020 | Twining | D30/118 |
| D913,396 S | * | 3/2021 | Joseph | A01K 1/0353 |
| | | | | D21/803 |
| D948,133 S | * | 4/2022 | Kurzman | A47C 7/386 |
| | | | | D30/118 |
| 11,419,307 B2 | * | 8/2022 | Tuthill | A01K 1/0353 |
| 2002/0185072 A1 | * | 12/2002 | Walpin | A01K 1/0353 |
| | | | | 119/28.5 |

(Continued)

FOREIGN PATENT DOCUMENTS

EM 015023944-0001 * 6/2023

OTHER PUBLICATIONS

Precious Tails Water Resistant 2-In-1 Convertible Orthopedic Bolster Cat & Dog Bed w/ Removable Cover; posting date unavailable, retrieved Jul. 10, 2023 [online]. URL: https://www.chewy.com/precious-tails-water-resistant-2-in-1/dp/392956 (Year: 2023).*

*Primary Examiner* — Sheryl Lane
*Assistant Examiner* — Emily A Caven
(74) *Attorney, Agent, or Firm* — Shen Huang

(57) **CLAIM**

The ornamental design for a pet bed, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a pet bed, showing my new design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a right side elevation view thereof;
FIG. **6** is a top plan view thereof; and
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is a front, top, and right side perspective view thereof, shown in a fold configuration.
The broken lines illustrate portions of the article that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2021/0106154 A1* | 4/2021 | Gimes | A47G 9/04 |
| 2023/0200349 A1* | 6/2023 | Tuthill | A01K 1/0353 119/28.5 |

\* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8