# Attorney Appearance Form

Case Title: Pengfei Ren v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number: 26-cv-1436

An appearance is hereby filed by the undersigned as attorney for:

Pengfei Ren

Attorney name (type or print): Faye Yifei Deng

Firm: YK LAW LLP

Street address: 445 S. Figueroa St., Ste 2280

City/State/Zip: Los Angeles, CA 90071

Bar ID Number: CA 339284
(See item 3 in instructions)

Telephone Number: (213) 401-0970

Email Address: fdeng@yklaw.us

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 6, 2026

Attorney signature: S/ Faye Yifei Deng
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023